INDIANA DEPARTMENT OF REVENUE *v.*
KIMBERLY-CLARK CORPORATION

[No. 2-1076A368. Filed May 23, 1978. Rehearing denied July 10, 1978.
Transfer granted March 6, 1981.]